# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,

v.

Lyndsey M. Olson and the Attorneys
of the Saint Paul City Attorney's Office,

        Defendants.

Civil No. 18-cv-2911 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED without prejudice**;

3. Fredin's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 3] is **DENIED**; and

4. Any request for a preliminary injunction or for a *Younger* bad faith hearing contained in Fredin's Memorandum [Doc. No. 2] is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 17, 2018        s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge