# UNITED STATES DISTRICT COURT
## District of Minnesota

Brock Fredin

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18cv2911 SRN/HB

Lyndsey M Olson, Attorneys of the Saint Paul City Attorney's Office, The

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Objections to the Magistrate Judge's October 29, 2018 Report and Recommendation [Doc. No. 8] are OVERRULED;

2. The Court ADOPTS the Report and Recommendation [Doc. No. 8];

3. Plaintiff's application to proceed in forma pauperis [Doc. No. 2] is DENIED because Plaintiff has filed a complaint that fails to state a cause of action on which relief may be granted;

4. This action is DISMISSED without prejudice; and

5. Any request for a preliminary injunction or for a Younger bad faith hearing contained in Fredin's Memorandum [Doc. No. 2] is DENIED as moot.

Date: 3/8/2019

KATE M. FOGARTY, CLERK

s/M. Giorgini
(By)   M. Giorgini, Deputy Clerk